1

2

3

4

5

6

7

8

9

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

10

GEORGE C. SWINYER, JR., *et al.*,

11

          Plaintiff,

12

    v.

13

DONALD MAGARIAN, *et al.*,

14

          Defendants.

Case No. C06-5199 RJB/KLS

[PROPOSED] ORDER ADOPTING
REPORT AND RECOMMENDATION

15

16

17

       The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

18

19

       (1)      The Court adopts the Report and Recommendation;

20

       (2)      Plaintiff's Complaint (Dkt. # 7) is **DISMISSED WITH PREJUDICE**; and

21

       (3)      The Clerk is directed to send copies of this Order to plaintiff, and to the Hon. Karen L. Strombom.

22

       DATED this 23rd day of October, 2006.

23

24

                    Robert J. Bryan
                    United States District Judge

25

26

ORDER - 1